# Court of Appeals
# of the State of Georgia

ATLANTA,   May 20, 2015

*The Court of Appeals hereby passes the following order:*

## A15A1549. BRIGITTA ROBINSON v. CHANCY PROPERTIES.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Brigitta Robinson appealed to the superior court, which also ruled in favor of the plaintiff. Robinson then filed this direct appeal. We lack jurisdiction for two reasons.

First, because the order at issue disposes of a de novo appeal from a magistrate court decision, Robinson was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Robinson's failure to do so deprives us of jurisdiction over this appeal.

Second, this appeal is untimely. Although a notice of appeal generally may be filed within thirty days of entry of the order sought to be appealed, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Robinson filed the notice of appeal in this case eight days after the superior court's order was entered.

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* _____05/20/2015_____
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*